■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES T. JESBERGER, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Cacciabaudo, J.), imposed July 9, 1985.

Ordered that the sentence is affirmed, and the case is remitted to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Mollen, P. J., Thompson, Bracken and Rubin, JJ., concur.